■ The People of the State of New York, Respondent, v Bridget Osborne, Appellant. [669 NYS2d 510] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered April 11, 1997, convicting her of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court's *Allen* charge with respect to reasonable doubt was not error since it properly defined reasonable doubt as a doubt, based on the evidence or lack of evidence, for which a juror could express a reason if called upon to do so (*see, People v Antommarchi,* 80 NY2d 247, 252). Moreover, the charge as a whole was balanced, encouraging rather than coercive, and at no point did the court urge that a dissenting juror abandon his or her conviction to join in the opinion of others, attempt to shame the jurors into reaching a verdict, or endeavor to compel the jurors to agree upon a particular result (*see, People v Pagan,* 45 NY2d 725; *People v Sims,* 226 AD2d 564; *People v Kinard,* 215 AD2d 591). Any alleged coercion in the charge did not result in a precipitous jury verdict since the record shows that the jury continued to deliberate for over three hours following the *Allen* charge before returning its verdict (*People v Sims, supra; People v Perdomo,* 204 AD2d 358).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Miller, J. P., Altman, Krausman and Luciano, JJ., concur.